UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOGA KLIER,<br>        Plaintiff,<br><br>    v.<br><br>ZOLL MEDICAL CORPORATION,<br>        Defendant. | Case No. 4:23-cv-03031-KAW<br><br>ORDER REGARDING UNUSABLE CHAMBERS COPIES<br>Re: Dkt. Nos. 51, 52 |

    PLEASE TAKE NOTICE that the chambers copies of Defendant's Motion to File Under Seal and Motion for Summary Judgment were submitted in a format that is not usable by the court.

    The chambers copies are not usable because it

    [ ]    consists of a stack of loose paper wrapped with a rubber band;

    [ ]    consists of a stack of loose paper fastened with a binder clip or a paper clip;

    [ ]    is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;

    [x]    has no tabs for the voluminous exhibits;

    [ ]    includes exhibits that are illegible;

    [ ]    includes exhibits that are unreadable because the print is too small;

    [ ]    includes text and/or footnotes in a font smaller than 12 point;

    [x]    includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

    [x]    is not usable for another reason –   The motion for summary judgment is missing exhibits for which sealing is required in violation of the Court's standing order. Moreover, all

documents and exhibits filed in connection with each filing are attached by a single brad, rather than having the exhibits attached to the appropriate supporting declaration (of which there appears to be multiple declarations). Each declaration should have its exhibits attached (including those for which sealing is requested) by brads, while the motions and proposed orders should each be separately stapled. Finally, replace the printer toner before reprinting.

The paper used for the above-described chambers copy has been recycled by the court. Defendant shall submit a chambers copy in a format that is usable by the court no later than **November 15, 2024**.

IT IS SO ORDERED.

Dated: November 13, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge