UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOGA KLIER,<br><br>       Plaintiff,<br><br>   v.<br><br>ZOLL MEDICAL CORPORATION,<br><br>       Defendant. | Case No. 4:23-cv-03031-KAW<br><br>**ORDER TO SHOW CAUSE TO DEFENDANT**<br><br>Re: Dkt. No. 59 |

On November 7, 2024, Plaintiff filed an administrative motion to consider whether another party's material should be sealed. (Dkt. No. 59.) Pursuant to Civil Local Rule 79-5(f), the designating party must file a statement or declaration within 7 days. Civil L.R. 79-5(f)(3). Thus, Defendant's statement or declaration was due by November 14, 2024.

To date, Defendant has not filed its statement and/or declaration. Accordingly, the Court ORDERS Defendant to show cause, by December 18, 2024, why the exhibits should not be unsealed by: (1) filing a specific statement of the applicable legal standard and the reasons for keeping a document under seal, which must comply with Civil Local Rule 79-5(c), and (2) explaining why Defendant did not timely file its statement and/or declaration. Failure to comply in full will result in the Court denying the motion and ordering the exhibits unsealed. *See* Civil L.R. 79-5(f)(3) ("A failure to file a statement or declaration may result in the unsealing of the provisionally sealed document without further notice to the Designating Party.").

IT IS SO ORDERED.

Dated: December 16, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge